Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiff was sustained.

**No. 58900.**—John L. Westland & Son, Inc. *v.* United States, protest 234177–K (Los Angeles).

Opinion by JOHNSON, J. At the trial, it was stipulated that if the merchandise were now before the examiner, he would classify it as plates, 7⅝ inches in diameter, over $3.45 per dozen, dutiable, as claimed, under paragraph 212, as amended, *supra*. In view of the stipulation and following Abstract 58716, the claim of the plaintiff was sustained.

**No. 58901.**—George Beurhaus & Co. and Hoyt, Shepston & Sciaroni *v.* United States, protests 240061–K and 239989–K (San Francisco).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of pumpkin seed kernels the same in all material respects as those the subject of *George Beurhaus Co.* and *Hoyt, Shepston & Sciaroni* v. *United States* (32 Cust. Ct. 269, C. D. 1612), the claim of the plaintiffs was sustained.

**No. 58902.**—Carole Stupell, Ltd. *v.* United States, protests 166979–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.

**No. 58903.**—Gimbel Bros, Inc., et al. *v.* United States, protests 193660–K, etc. (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiffs was sustained.

**No. 58904.**—J. W. Hampton, Jr., & Co. of Phila. v. United States, protest 229018–K (Philadelphia).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.

MARCH 28, 1955

**No. 58905.**—SUIT 4808.—Atalanta Trading Corp. v. United States.—
—C.   D.   1574
affirmed December 21, 1954.   C. A. D. 577.

MARCH 29, 1955

**No. 58906.**—SUIT 4799.—Carey & Skinner, Inc. v. United States.—
57543
affirmed November 9, 1954.   C. A. D. 576.

BEFORE THE FIRST DIVISION, APRIL 4, 1955

**No. 58907.**—Herzig & Hart, Inc. v. United States, protests 481362–G, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of lambskin plates the same in all material respects as those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643), the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1643, *supra.*

**No. 58908.**—Max Wulfsohn, Inc. v. United States, protests 633307–G, etc. (New York).